# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUFUS JAMES HAMPTON, III

VERSUS

JOHN BEL EDWARDS, GOVERNOR
OF THE STATE OF LOUISIANA,
JAMES M. LEBLANC, SECRETARY
OF THE DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS AND
JOHN/JANE DOE, DIRECTOR OF
PROBATION AND PAROLE

NO.  2025 CW 0909

DECEMBER 30, 2025

---

In Re:   Rufus James Hampton, III, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 691034.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                        **WIL**
                        **EW**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT